United States District Court
Southern District of Texas
**ENTERED**
January 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> - vs - <br><br> WANDA MARIE GARCIA, individually and d/b/a TAILGATERS SPORTS BAR & GRILL, <br><br> Defendant. | CASE NO.: 7:23-cv-00054 |

## SUMMARY JUDGMENT

Before the Court is Plaintiff, Joe Hand Promotions, Inc.'s Motion for Summary Judgment against Defendant, Wanda Marie Garcia, individually and d/b/a Tailgaters Sports Bar & Grill (the "Motion"). Upon consideration of the Motion, the accompanying evidence, the pleadings on file and the relevant authorities, the Court finds that Plaintiff, Joe Hand Promotions, Inc. ("Plaintiff") is entitled to summary judgment in its favor and against Defendant, Wanda Marie Garcia, individually and d/b/a Tailgaters Sports Bar & Grill ("Defendant"); that Plaintiff has established that Defendant's actions violate the Communications Act of 1934, as amended, 47 U.S.C. § 553, and recognizes Plaintiff's election to seek statutory damages. The Court also finds as follows:

1. The Court has jurisdiction over the subject matter and parties to this action.

2. Plaintiff held the exclusive commercial license to distribute and authorize the public display of the audiovisual closed-circuit broadcast of the *Deontay Wilder vs. Tyson Fury II* boxing match, including all undercard bouts and commentary, telecast on February 22, 2020.

3. Defendant exhibited the February 22, 2020 broadcast of the *Deontay Wilder vs. Tyson Fury II* boxing match, including all undercard bouts and commentary, offered over a cable system, in her commercial establishment without authorization or payment to Plaintiff and in violation of the rights held by Plaintiff by aid of wire, cable, or other like connection between the point of origin and reception of such transmission.

4. Defendant's exhibition of the February 22, 2020 broadcast of the *Deontay Wilder vs. Tyson Fury II* boxing match, including all undercard bouts and commentary, offered over a cable system, in the commercial establishment without authorization or payment to Plaintiff was willful and for purposes of commercial advantage or private financial gain.

5. Defendant's actions constitute a violation of the Communications Act of 1934, as amended, 47 U.S.C. § 553.

6. Defendant is also individually liable because she had the right and ability to supervise the infringing activities in the subject commercial establishment and an obvious and direct financial interest in those activities.

7. Plaintiff is entitled to summary judgment against Defendant.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, as follows:

1. Summary judgment is hereby entered in favor of Plaintiff, JOE HAND PROMOTIONS, INC. and against Defendant, WANDA MARIE GARCIA, individually and d/b/a TAILGATERS SPORTS BAR & GRILL.

2. Plaintiff hereby recovers statutory damages pursuant to 47 U.S.C. § 553(c)(3)(A)(ii) from Defendant in the amount of $10,000.00.

3. Plaintiff hereby recovers additional damages pursuant to 47 U.S.C. § 553(c)(3)(B) from Defendant in the amount of $2500 [handwritten, replacing struck-through $30,000.00]. *RJK*

2

4. Plaintiff hereby recovers reasonable attorney's fees from Defendant in the amount of $4,825.00.

5. Plaintiff hereby recovers full costs from Defendant in the amount of $556.00.

6. The Court also awards to Plaintiff post-judgment interest from Defendant on the amounts awarded herein at an annual rate of **4.73%** from the date of this judgment until paid.

7. All writs and process for the enforcement and collection of this judgment may issue as necessary. In connection with any writ of execution in this case, the Court directs the United States Marshals Service to use any means or force reasonably necessary to satisfy this judgment.

8. This is a final judgment.

SO ORDERED.

SIGNED this **3rd** day of **January** 2025 in McAllen, Texas.

*/s/ Ricardo H. Hinojosa*

RICARDO H. HINOJOSA
UNITED STATES DISTRICT JUDGE

3